

# NUMBER 13-17-00437-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RICARDO VAIZ AND MARIA F. VAIZ,**                                    **Appellants,**

**v.**

**FEDERAL NATIONAL MORTGAGE
ASSOCIATION, AURORA BANK,
LEHMAN BROTHERS BANK FSB,
AND NATIONSTAR MORTGAGE LLC,**                              **Appellees.**

---

### On appeal from the 138th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Justices Rodriguez, Benavides, and Longoria
### Order Per Curiam

This cause is before the Court on appellants' motion to reinstate and motion for extension of time to file the clerk's record. On November 21, 2017, this Court previously issued a memorandum opinion dismissing Cause Number 13-17-00437-CV. The Court,

having fully examined and considered appellants' motion to reinstate and motion for extension of time to file the clerk's record in this case is of the opinion that, in the interest of justice, appellant's motion to reinstate and request for extension of time to file the clerk's record should be granted. Accordingly, we withdraw our previous opinion and judgment. Said cause remains pending before the Court.

It is so ORDERED.

PER CURIAM

Delivered and filed the
1st day of December, 2017.

2